STATE OF NEW JERSEY, ACTING BY AND THROUGH ROBERT A. ROE, COMMISSIONER, *ETC.*, PLAINTIFF-RESPONDENT, v. WEMROCK ORCHARDS, INC., DEFENDANT-PETITIONER AND NEW JERSEY BELL TELEPHONE CO., *ETC.*, *ET AL.*, DEFENDANTS.

See same case below: 95 *N. J. Super.* 25.

*Messrs. Carton, Nary, Witt & Arvanitis* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Richard Newman* for the respondent.

June 30, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM C. SHELTON, DEFENDANT-PETITIONER.

*Mr. Morton Feldman* for the petitioner.

*Mr. Robert N. McAllister, Jr.* and *Mr. Ernest M. Curtis* for the respondent.

June 30, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. SAM MELAMED, DEFENDANT-RESPONDENT.

See same case below: 93 *N. J. Super.* 573.

*Mr. Vincent Panaro* and *Mr. Edward J. Phelan* for the petitioner.

*Mr. Harvey L. Stern* for the respondent.

June 30, 1967. Granted.